# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK LEONARD SHARP,
                Appellant,
vs.
THE STATE OF NEVADA,
                Respondent.

No. 72283

FILED

MAY 08 2017

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "Defendant Pro-Se Notice of Hearing and Motion for: the Examination of Laexis Alcaraz's Juvenile Status." Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

---

[1]In light of this order, we take no action on the pro se document filed on May 2, 2017.

17-15078

cc: Hon. Michael Montero, District Judge
Mark Leonard Sharp
Attorney General/Carson City
Humboldt County District Attorney
Humboldt County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A